**2002-0016.   State ex rel. Ragozine v. Shaker.**
Trumbull App. No. 2001-T-0122, 2001-Ohio-7062. On motion of George Tzagournis for admission pro hac vice of Sebastian Rucci on behalf of amicus curiae petitioners. Motion granted.
F.E. SWEENEY, PFEIFER and COOK, JJ., dissent.
On motion to strike amicus curiae brief of the 1,612 petitioners who signed complaint for removal

and forfeiture, etc. Motion denied.

RESNICK, J., dissents.